# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1481
_____

CORNETTA FRANKLIN,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
HEALTH,

    Appellee.

_____

On appeal from the Florida Board of Nursing.
Jose D. Castillo, III, PhD, MSNA, CRNA, APRN, Chair.

September 25, 2024

PER CURIAM.

    DISMISSED.

B.L. THOMAS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cornetta Franklin, pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellee.